IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              Case No. 4:11-cr-40037-014

GARY MCNEAL                                                                              DEFENDANT

## ORDER

Before the Court is the Motion to Dismiss Indictment filed by the government. (ECF No. 1876). Pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to dismiss the Indictment filed against Defendant in this matter on September 14, 2011. (ECF No. 1). The government states that Defendant passed away on November 17, 2016, and therefore, dismissal of this matter is in the best interests of justice.

Federal Rule of Criminal Procedure 48(a) permits the government, "with leave of court, [to] dismiss an indictment, information, or complaint." Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the government's motion (ECF No. 1876) is hereby **GRANTED**. The Indictment filed against Gary McNeal on November 17, 2016, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of June, 2018.

                                                                    /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    United States District Judge